UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA MARSH,<br><br>        Plaintiff,<br><br>    v.<br><br>BLOOMBERG INC., et al.,<br><br>        Defendants. | Case No. 16-cv-02647-MEJ<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE**<br><br>Re: Dkt. No. 19 |

The Court has reviewed Plaintiff Amanda Marsh's letter regarding the parties' discovery dispute. The Court ORDERS the parties to appear for a telephonic conference at 3:30 p.m. on Thursday, May 11, 2017. The parties shall contact the undersigned's courtroom deputy, Rose Maher, at 415.522.4708 no later than 2:30 p.m. to provide their contact information.

**IT IS SO ORDERED.**

Dated: May 11, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge